**KELLEY DRYE & WARREN LLP**
  Paul A. Rosenthal (State Bar No. 338994)
One Jefferson Road
Parsippany, NJ 07054
Telephone:  (973) 503-5900
Facsimile:   (973) 503-5950
PaulRosenthal@KelleyDrye.com

Attorneys for Defendant,
Health IQ Insurance Services, Inc.

**THE DEBT DEFENSE**
Rachel Blyumkin (SBN: 326718)
1001 Wilshire Boulevard, Suite 2236
Los Angeles California 90017
Tel: 833-952-9669
Rachel@thedebtdefense.com

Attorneys for Plaintiff,
Misty Vaughn

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY VAUGHAN, individually and on behalf of all others similarly situated,<br>          Plaintiff,<br>v.<br>HEALTH IQ INSURANCE SERVICES, INC.; and DOES 1-10, inclusive, and each of them,<br>          Defendants. | Case No.  5:21-cv-01899-JGB-SHK<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 8, 2021<br>Current response date: January 11, 2022<br><br>Proposed new response date: February 9, 2022 |

# STIPULATION

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, Defendant Health IQ Insurance Services, Inc. ("Defendant") and Plaintiff Misty Vaughan ("Plaintiff"), through their attorneys, stipulate and agree as follows:

1. Plaintiff filed the Complaint in this action on November 8, 2021. (ECF No. 1.)

2. By rule, after Defendant waived service, the deadline for Defendant to answer, move, or otherwise respond to the Complaint was January 11, 2022. (ECF No. 8.)

3. Plaintiff and Defendant agree to extend by thirty (30) days the date for Defendant to file and serve a response to Plaintiff's Complaint in this action.

4. Accordingly, the Parties agree to extend Defendants' time to answer, move or otherwise respond to the Complaint to February 9, 2022.

**IT IS SO STIPULATED AND AGREED:**

Dated:  January  11, 2022           KELLEY DRYE & WARREN LLP

Paul A. Rosenthal

By:   */s/ Paul A. Rosenthal*
      Paul A. Rosenthal
      Attorney for Defendant

Dated:  January 11, 2022           THE DEBT DEFENSE

By:   */s/ Rachel Blyumkin*
      Rachel Blyumkin
      Attorney for Plaintiff

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the United States District Court for the Central District of California, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 11, 2022   By:   */s/ Paul A. Rosenthal*
Paul A. Rosenthal
Attorney for Defendants