Rachel Blyumkin (SBN: 326718)
Email: rachel@thedebtdefense.com
THE DEBT DEFENSE
1001 Wilshire Boulevard, Suite 2236
Los Angeles California 90017
Tel: 833-952-9669

Attorneys for Plaintiff,
Misty Vaughan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY VAUGHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH IQ INSURANCE SERVICES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s). | Case No.: 5:21-cv-01899-JGB-SHL<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>[Fed. R. Civ. P. 41.] |

1
**JOINT STIPULATION FOR DISMISSAL OF ACTION**

1  IT IS HEREBY STIPULATED by and between Plaintiff MISTY VAUGHAN ("Plaintiff"), on the one hand, HEALTH IQ INSURANCE SERVICES, INC. ("Defendant"), on the other, that the above captioned action shall be dismissed with prejudice as to Plaintiff's individual claims, and dismissed without prejudice as to putative class members potential claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees as incurred as against one another in connection to this action.

DATED: January 31, 2022                KELLEY DRYE & WARREN LLP


By: /s/ Paul A. Rosenthal
    Paul A. Rosenthal
    Attorney for Defendant


DATED: January 31, 2022                THE DEBT DEFENSE


By: /s/ Rachel Blyumkin
    Rachel Blyumkin
    Attorney for Plaintiff