# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY VAUGHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH IQ INSURANCE SERVICES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s). | Case No.:   5:21-cv-01899-JGB-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>[Fed. R. Civ. P. 41.] |

Upon review of the Parties' Joint Stipulation for Dismissal of Action and Good Cause showing, it is hereby ordered that:

1. Plaintiff MISTY VAUGHAN'S individual claims are dismissed with prejudice;

2. Putative class members potential claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 3, 2022

_____
Hon. Jesus G. Bernal
United States District Court Judge